**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LILLIAN LEIVA,                              No. C-09-05566 EDL

11              Plaintiff,              **ORDER TO SHOW CAUSE**

12      v.

13   PENNYMAC LOAN SERVICES LLC,

14              Defendant.
                                      /
15

16      On January 5, 2010, Defendant TD Service Company filed a Motion to Dismiss Plaintiff's

17   complaint.  This motion is set for hearing on February 23, 2010.  Pursuant to Northern District Civil

18   Local Rule 7-3(a), Plaintiff's opposition brief was due twenty-one days before the hearing date.

19   Plaintiff has failed to file an opposition, although she has taken other actions in this case.

20      Accordingly, Plaintiff is hereby ordered to show cause why this case should not be dismissed

21   for failure to prosecute as to this Defendant or why the motion should not be granted as unopposed.

22   Plaintiff's response to this Order to Show Cause shall be due no later than February 24, 2010.  If

23   Plaintiff seeks to file an opposition brief to Defendant TD Service Company's motion, she must

24   demonstrate good cause for her failure to comply with the Local Rules and any request to file a late

25   opposition brief also must be filed no later than February 24, 2010.

26      It is further ordered that if Plaintiff fails to file a response to this Order to Show Cause by

27   February 24, 2010, the Court shall dismiss this Defendant without prejudice without further notice to

28   Plaintiff for failure to prosecute.

      It is further ordered that the hearing on Defendant TD Service Company's Motion to Dismiss

is continued to April 6, 2010 at 9:00 a.m. to be heard in conjunction with the motion to dismiss and motion to strike filed by Defendants PennyMac Loan Services and Mortgage Electronic Registration Systems.

**IT IS SO ORDERED.**

Dated: February 11, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California

2